United States District Court
District of New Jersey

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. MADELINE COX ARLEO |
| v. | : | **CRIMINAL COMPLAINT** |
| MELVIN FELIZ, FAUSTO MOLINA, and ROBERT CRAWFORD | : | Magistrate No.   14-8047 |

I, Giuliano Cristino, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.   From at least as early as October 2012, through on or about August 13, 2013, in the District of New Jersey and elsewhere, defendants MELVIN FELIZ, FAUSTO MOLINA, and ROBERT CRAWFORD did:

> knowingly and intentionally, conspire and agree with each other and others to distribute and to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Section 841(a) and (b)(1)(A)(i).

In violation of Title 21, United States Code, Section 846.

I further state that I am a Special Agent with Drug Enforcement Administration and that this complaint is based on the following facts:

SEE ATTACHMENT A

_____
Giuliano Cristino
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

March 3, 2014         at         Newark, New Jersey
Date                              City and State

Honorable Madeline Cox Arleo                _____
United States Magistrate Judge               Signature of Judicial Officer

ATTACHMENT A

I, Giuliano Cristino, am a Special Agent with the Drug Enforcement Administration. Based upon my investigation and my discussions with other individuals involved in this investigation, I have knowledge of the following facts. Any statements herein attributed to individuals are set forth in substance and in part.

1. In or about October, 2012, Drug Enforcement Administration ("DEA") agents in New Jersey learned from a confidential source ("CS"), who has proven credible and reliable in the past that CS was communicating with FAUSTO MOLINA for the purpose of conducting a narcotics transaction. In summary, the transaction was planned whereby: (1) CS would pick up approximately $550,000 from FAUSTO MOLINA, ROBERT CRAWFORD, and MELVIN FELIZ in New Jersey; (2) CS would transport the $550,000 via tractor trailer from New Jersey to California and return the money to ROBERT CRAWFORD in California; (3) CS would wait for ROBERT CRAWFORD to exchange the $550,000 with associates for 20 kilograms of cocaine and then provide CS with the cocaine; and (4) CS would transport the 20 kilograms of cocaine via tractor trailer from California to New Jersey for distribution by ROBERT CRAWFORD, FAUSTO MOLINA and MELVIN FELIZ. At the direction of FAUSTO MOLINA, the money pick up in New Jersey was scheduled for October 22, 2012.

October 22, 2012 Meeting in New Jersey

2. On or about the afternoon of October 22, 2012, at the direction of law enforcement, CS placed an outgoing telephone call to (786) 423-7318 and spoke with FAUSTO MOLINA. During the ensuing conversation, CS instructed FAUSTO MOLINA to meet him later that same day at a motel in Little Ferry, New Jersey.

3. At approximately 5:17 p.m., FAUSTO MOLINA arrived at the motel and engaged in a conversation with CS concerning the proposed cocaine transaction. At approximately 5:45 p.m., FAUSTO MOLINA stated that he wanted to introduce CS to an associate (later identified as ROBERT CRAWFORD) who would provide CS with money to be transported to California. FAUSTO MOLINA informed CS that the delivery of the money would take place at a fast food restaurant in Fort Lee, New Jersey.

4. At approximately 6:00 p.m., at the direction of law enforcement, CS traveled in a taxi cab from the motel to the fast food restaurant. Once at the restaurant, CS and FAUSTO MOLINA again engaged in a conversation concerning the proposed cocaine transaction. At approximately 6:30 p.m., FAUSTO MOLINA introduced CS to ROBERT CRAWFORD and then to his supervisor (later identified as MELVIN FELIZ). FAUSTO MOLINA stated that MELVIN FELIZ was the leader of the New Jersey drug trafficking organization ("DTO") and that MELVIN FELIZ could "vouch" for ROBERT CRAWFORD as a reliable member of the New Jersey DTO. During the ensuing conversation, MELVIN FELIZ advised that he was uncomfortable with delivering the money to CS at the fast food restaurant. Instead, the conspirators suggested that CS travel by taxi to a restaurant in Englewood Cliffs, New Jersey to receive the money. When CS rejected the suggestion to travel to another restaurant, FAUSTO MOLINA, MELVIN FELIZ, and ROBERT CRAWFORD departed the fast food restaurant.

5. At approximately 7:10 p.m., law enforcement observed ROBERT CRAWFORD arrive in a blue Jeep Grand Cherokee and MELVIN FELIZ arrive in a black Porsche Cayenne at the residence of MELVIN FELIZ in Englewood Cliffs, New Jersey. Law enforcement then observed ROBERT CRAWFORD and MELVIN FELIZ walk around to the rear of the black Porsche Cayenne and open the rear hatch.

6. At approximately 7:30 p.m., FAUSTO MOLINA, MELVIN FELIZ, and ROBERT CRAWFORD returned to the fast food restaurant referenced in paragraphs three and four above.

7. At approximately 7:40 p.m., FAUSTO MOLINA removed a plastic bag from a gray Jeep Cherokee containing U.S. currency and handed it to CS. ROBERT CRAWFORD also removed a weighted roll away suitcase containing U.S. currency from his blue Jeep Grand Cherokee and provided it to CS. FAUSTO MOLINA and ROBERT CRAWFORD then placed the roll away suitcase in CS's vehicle. CS entered the vehicle and departed the area.

8. Law enforcement determined that the plastic bag provided by FAUSTO MOLINA and the roll away suitcase provided by ROBERT CRAWFORD contained a combined total of approximately $549,950 in U.S. currency.

October 27, 2012 Meeting in California

9. On or about October 27, 2012, at the direction of law enforcement, CS was present inside room 128 of a motel in Los Angeles, California, waiting for ROBERT CRAWFORD to retrieve the $549,950 that ROBERT CRAWFORD was going to use to obtain twenty (20) kilograms of cocaine from members of the DTO. After ROBERT CRAWFORD obtained the cocaine, it was expected that he would provide it to CS so that CS could transport the cocaine back to New Jersey hidden inside CS's tractor trailer.

10. At approximately 2:05 p.m., law enforcement conducting surveillance observed ROBERT CRAWFORD and an uncharged coconspirator ("UCC") arrive in a white Chevrolet Malibu at the motel in Los Angeles, California. ROBERT CRAWFORD then exited the Chevrolet Malibu, opened the trunk, and with one hand, removed a black roll away suitcase. ROBERT CRAWFORD closed the trunk and rolled the suitcase to room 128 of the motel. UCC stayed in the driver seat of the Chevrolet Malibu.

11. While inside room 128, ROBERT CRAWFORD engaged in a conversation with CS that was recorded by law enforcement. During the conversation, ROBERT CRAWFORD inspected the roll away suitcase that he had provided to CS on the October 22, 2012 meeting. He then proceeded to inspect the approximate $549,950. As ROBERT CRAWFORD removed the packages of U.S. currency, he asked questions about the packaging that the currency was wrapped in and commented about how it did not look the same as when he gave him the packages in New Jersey. He then counted the packages and stated that there were only 12 packages of money and that one of the packages was missing.[1] ROBERT CRAWFORD became irritated and stated that he (ROBERT CRAWFORD) had to take the money to another location and count it to make sure the proper amount was there. He then took the packages of currency and placed them in the black roll away suitcase that he had taken from the Chevrolet Malibu.

---

[1] Unbeknownst to ROBERT CRAWFORD at the time, law enforcement had removed one of the packages and had rewrapped the 12 remaining packages of money prior to ROBERT CRAWFORD's arrival in the hotel room.

12. At approximately 2:10 p.m., law enforcement observed ROBERT CRAWFORD exit room 128 with the black roll away suitcase, which now appeared heavy. ROBERT CRAWFORD pulled the black roll away suitcase to the trunk area of the Chevrolet Malibu, and using both hands lifted the suitcase and placed it in the trunk of the vehicle. ROBERT CRAWFORD then entered the Chevrolet Malibu and UCC then drove out of the parking lot.

13. At approximately 2:42 p.m., law enforcement conducted a traffic stop of the Chevrolet Malibu. In response to routine questions, ROBERT CRAWFORD and UCC provided several inconsistent answers. Both individuals provided verbal and written consent to search the vehicle and its contents. A K-9 unit then alerted law enforcement to the presence of narcotics in the black roll away suitcase. Inside the suitcase, law enforcement located the packages containing U.S. currency. Law enforcement seized an additional $10,180 in U.S. currency found inside ROBERT CRAWFORD's pocket. ROBERT CRAWFORD and UCC denied ownership of all the money seized by law enforcement.