```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

NEWARK                                              DATE: 6/18/14

JUDGE: Kevin McNulty

COURT REPORTER: Mollie Ann Giordano

DEPUTY CLERK: Nitza Creegan

OTHER: _____

Title of Case:                              Docket # 14cr327(KM)

UNITED STATES OF AMERICA
        v.
MELVIN FELIZ
IRVING OLIVERO-PENA
ROBERT CRAWFORD

Appearances:

Brian L. Urbano, AUSA for Government
Patrick Joyce, Esq. for Defendant Melvin Feliz
David Touger, Esq. for Defendant Irving Olivero-Pena
James Patuto, Esq. for Defendant Robert Crawford

Nature of proceedings: Arraignment

Defendants waived reading of Indictment
Plea: Not Guilty to Counts 1-2 of Indictment by Defendants
ORDER for Discovery & Inspection fld.

```
        Motions due:              07/07/14
        Opposition due:           07/21/14
        Reply due:                07/28/14
        Motions hearing date:     08/04/14 at 10:00
        Trial date:               08/11/14 at 09:00
```

ORDERED bail continued as to Defendant Melvin Feliz.
ORDERED Defendants Irving Olivero-Pena and Robert Crawford remanded.

Time Commenced: 2:00
Time Adjourned: 2:45


cc: chambers                                   Nitza Creegan
                                               Deputy Clerk