2013R00370

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 14-327-1 |
| | : | |
| | : | |
| v. | : | Hon. Kevin McNulty |
| | : | |
| | : | |
| MELVIN FELIZ | : | ENHANCED PENALTY INFORMATION |

Pursuant to 21 U.S.C. § 851(a), the United States Attorney for the District of New Jersey charges:

1.   That on or about June 7, 1989, defendant MELVIN FELIZ was convicted in New York County Supreme Court, of a felony drug offense, namely criminal sale of a controlled substance in the second degree, in violation of New York Pen. Code § 220.41, based upon a verdict holding him convicted as charged of the same offense, which is a crime punishable by imprisonment exceeding one year under the laws of the State of New York.   Defendant MELVIN FELIZ was sentenced on or about June 7, 1989, to a term of 7 years imprisonment to life for the offense.

2.   That the conviction identified above became final prior to the participation of defendant MELVIN FELIZ in the commission of the offenses alleged in Count One of the Indictment in this case.

3.   That, by virtue of the foregoing, defendant MELVIN FELIZ

is subject to enhanced penalties pursuant to the provisions of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1).


_____
PAUL J. FISHMAN
United States Attorney