UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA : | MAGISTRATE JUDGE: **Michael A. Hammer, U.S.M.J.** |
| : | |
| v. : | MAGISTRATE NO.: **14-cr-327** |
| : | |
| MELVIN FELIZ : | DATE OF PROCEEDINGS: **11/10/2014** |
| : | |
| : | DATE OF ARREST: |

PROCEEDINGS:  **Bail Modification Hearing**

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  ___ AFPD  ___ CJA
( ) WAIVER OF HRG.:  ___ PRELIM  ___ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  ___ GUILTY  ___ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( x ) OTHER  **Defense counsel's application to modify bail was denied.**

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET:
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.    DATE:
( ) DETENTION / BAIL HRG.          DATE:
( ) TRIAL:  ___ COURT  ___ JURY    DATE:
( ) SENTENCING                     DATE:
( ) OTHER:                         DATE:

APPEARANCES:

AUSA  **Brian Urbano and David Foster**

DEFT. COUNSEL  **Patrick Joyce**

PROBATION

INTERPRETER
    1. Language:  (        )

Time Commenced:  **2:26**
Time Terminated:  **5:36**
CD No:  **ECR**

*J. Baker*
DEPUTY CLERK