UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : ORDER |
| v. | : Hon. Michael Hammer |
| MELVIN FELIZ, IRVING OLIVERO-PENA, and ROBERT CRAWFORD | : Crim. No. 14-~~347~~ 327 (KM) |

Upon the application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney, appearing), for the disclosure of all expunged or public records in the possession, custody and control of the Clerk of the Court, County Court for Miami-Dade County, 1351 NW 12th Street, Suite 9000, Miami Florida 33125 concerning the case captioned <u>State of Florida v. Kevin Blanco</u>, Case No. F04-14655 for the purposes of trial to commence in the District of New Jersey on February 3, 2015; and for good cause shown,

IT IS on this 30th day of January, 2015

ORDERED that, all expunged or public records in the possession, custody and control of the Clerk of the Court, County Court for Miami-Dade County, 1351 NW 12th Street, Suite 9000, Miami Florida 33125 concerning the case captioned <u>State of Florida v. Kevin Blanco</u>, Case No. F04-14655 shall be disclosed to the Office of the United States Attorney for the District of New Jersey, 970 Broad Street, Newark, New Jersey 07102 before February 3, 2015.

HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge